```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17112
   DANNY T TOLLIVER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5333


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 09/20/2007 and was confirmed 12/03/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    5.00%.

      The case was converted to chapter 7 after confirmation 04/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED VEHIC         .00           .00           .00
GENERAL MOTORS ACCEPTANC  SECURED NOT I   NOT FILED           .00           .00
GENERAL MOTORS ACCEPTANC  UNSECURED       NOT FILED           .00           .00
SAXON MORTGAGE            CURRENT MORTG         .00           .00           .00
SAXON MORTGAGE            MORTGAGE ARRE         .00           .00           .00
TOYOTA MOTOR CREDIT CORP  SECURED NOT I         .00           .00           .00
TOYOTA MOTOR CREDIT CORP  UNSECURED       NOT FILED           .00           .00
IL DEPT OF EMPLOYMENT SE  UNSECURED         4483.00           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED        17437.37           .00           .00
CINGULAR                  UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         5329.67           .00           .00
BANK FINANCIAL            UNSECURED       NOT FILED           .00           .00
BANK FINANCIAL FSB        UNSECURED       NOT FILED           .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00           .00
CENTRAL CREDIT UNION OF   UNSECURED       NOT FILED           .00           .00
CENTRAL CREDIT UNION OF   UNSECURED       NOT FILED           .00           .00
CHASE                     UNSECURED       NOT FILED           .00           .00
CHEVRON USA               UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          495.59           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         2329.50           .00           .00
GEMB LOWE                 UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1796.66           .00           .00
HSBC NV                   UNSECURED       NOT FILED           .00           .00
HSBC/BEST BUY             UNSECURED       NOT FILED           .00           .00
BEST BUY                  UNSECURED       NOT FILED           .00           .00
MARATHON PETROLEUM        UNSECURED          681.43           .00           .00
MERRICK BANK~             UNSECURED       NOT FILED           .00           .00
NICOR GAS                 UNSECURED       NOT FILED           .00           .00
RNB-FIELDS3               UNSECURED       NOT FILED           .00           .00
RNB-FIELDS3               UNSECURED       NOT FILED           .00           .00
SHELL CITICARD            UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          778.43           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17112 DANNY T TOLLIVER
```

```
TARGET                     UNSECURED       NOT FILED              .00               .00
TARGET                     UNSECURED       NOT FILED              .00               .00
VERIZON WIRELESS           UNSECURED       NOT FILED              .00               .00
ROUNDUP FUNDING LLC        UNSECURED          272.57              .00               .00
ROUNDUP FUNDING LLC        UNSECURED          784.97              .00               .00
ASSET ACCEPTANCE LLC       UNSECURED          544.30              .00               .00
RESURGENT CAPITAL SERVIC   UNSECURED         3178.47              .00               .00
COMMONWEALTH EDISON        UNSECURED         2861.30              .00               .00
VATIV RECOVERY SOLUTIONS   UNSECURED         1303.70              .00               .00
GLENDA J GRAY              DEBTOR ATTY      2,552.00                           2,113.21
TOM VAUGHN                 TRUSTEE                                               144.49
DEBTOR REFUND              REFUND                                                   .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               2,257.70

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,113.21
TRUSTEE COMPENSATION                             144.49
DEBTOR REFUND                                       .00
                     ---------------       ---------------
TOTALS                2,257.70                 2,257.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 07/18/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 17112 DANNY T TOLLIVER